# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID LEVOYD REED,

    Plaintiff(s),

v.

JAMES DZURENDA, et al.,

    Defendant(s).

Case No.: 2:19-cv-00172-APG-NJK

**ORDER**

(Docket Nos. 12, 13)

Pending before the Court are two motions by Plaintiff: (1) a "motion seeking permission to file" a "motion for limited discovery for purpose of early mediation" and (2) a "motion for extension of motion to compel limited discovery." Docket Nos. 12, 13. A response shall be filed to both of Plaintiff's motions no later than January 9, 2020. Any reply may be filed no later than January 17, 2020.

IT IS SO ORDERED.

Dated: December 30, 2019

                                                   Nancy J. Koppe
                                                 United States Magistrate Judge