UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DAVID LEVOYD REED, | Case No. 2:19-cv-00172-APG-NJK |
|---|---|
| Plaintiff | **ORDER FOR DEFENDANTS TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| JAMES DZURENDA et al., | [ECF Nos. 24, 25] |
| Defendants | |

On March 4, 2020, plaintiff David Levoyd Reed filed a motion for a temporary restraining order and preliminary injunction. ECF Nos. 24, 25. The defendants have not yet responded to that motion.

I HEREBY ORDER the defendants to file a response to the plaintiff's motion by April 30, 2020. Mr. Reed may file a reply in support of his motion by May 15, 2020.

Dated: April 22, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE