# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID LEVOYD REED,

    Plaintiff(s),

v.

JAMES DZURENDA, et al.,

    Defendant(s).

Case No.: 2:19-cv-00172-APG-NJK

**ORDER**

On November 18, 2019, the Court referred this case to its Inmate Early Mediation Program. Docket No. 8. On December 12, 2019, the Court removed this case from the program "[b]ecause the Attorney General's Office [could not] identify either remaining Defendant[.]" Docket No. 10 at 1. On February 6, 2020, the Court noted that the Attorney General's Office had identified the then-remaining Defendant and had "filed a notice of acceptance on his behalf for the purpose of settlement discussions." Docket No. 22 at 1. On February 14, 2020, the Attorney General's Office filed a notice that stated that "the underlying reason that the Court found an Inmate Early Mediation Conference to be inappropriate for this case . . . ha[d] been remedied." Docket No. 23.

Accordingly, the Court **RE-REFERS** this case to its Inmate Early Mediation Program. The Court will enter a subsequent order.

IT IS SO ORDERED.

Dated:  June 12, 2020

                                         Nancy J. Koppe
                                         United States Magistrate Judge