# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEVOYD REED,<br>　　Plaintiff,<br>v.<br>JAMES DZURENDA, et al.,<br>　　Defendants. | Case No.: 2:19-cv-00172-APG-NJK<br>**ORDER**<br>[Docket No. 39] |

Pending before the Court is Plaintiff's notice advising the Court and Defendants that he did not receive legal correspondence between December 24, 2020 and January 13, 2021. Docket No. 39. The Court construes Plaintiff's notice as a motion requesting copies of legal documents filed in this case between December 24, 2020 and January 13, 2021. *See Estelle v. Gamble*, 429 U.S. 97, 106 (1976). The motion is properly resolved without a hearing. *See* LR 78-1.

The docket reflects that no legal documents were filed in this case between December 24, 2020 and January 13, 2021. *See* Docket.

Accordingly, Plaintiff's motion requesting copies of legal documents is hereby **DENIED**. Docket No. 39.

IT IS SO ORDERED.

Dated: January 29, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1