# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEVOYD REED,<br><br>    Plaintiff,<br><br>v.<br><br>JENNIFER NASH, et al.,<br><br>    Defendants. | Case No.: 2:19-cv-0172-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 41] |

Pending before the Court is a subpoena to produce documents and inspect premises. Docket No. 41. Discovery-related documents must be served on the affected party, not filed on the docket unless ordered by the Court. *See* Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: February 5, 2021

                                                  Nancy J. Koppe<br>                                                United States Magistrate Judge