# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEVOYD REED,<br><br>    Plaintiff<br><br>v.<br><br>JAMES DZURENDA et al.,<br><br>    Defendants | Case No. 2:19-cv-00172-APG-NJK<br><br>**Order Denying Objection**<br><br>[ECF No. 60] |

    Plaintiff David Reed filed a motion to extend time and then objected to Magistrate Judge Koppe's order denying his motion. ECF Nos. 58-60.  Thereafter, defendant Ted Nielson moved to extend the dispositive motions deadline, which Judge Koppe granted. ECF Nos. 63, 65.  It is unclear from Reed's motion and objection what deadlines he sought to extend.  It appears that his objection is moot, however, given the extension of the dispositive motions deadline.  I therefore deny the objection as moot.  If Reed seeks to extend other case deadlines, he may file a new, properly supported motion specifying what deadlines he seeks to extend.

    I THEREFORE ORDER that plaintiff David Reed's objection **(ECF No. 60) is denied as moot** without prejudice to Reed filing another motion to extend time.

Dated this 19th day of November, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE