# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEVOYD REED,<br><br>    Plaintiff,<br><br>v.<br><br>DZURENDA, et al.,<br><br>    Defendants. | Case No.: 2:19-cv-00172-APG-NJK<br><br>**Order**<br><br>[Docket No. 72] |

On February 3, 2022, Plaintiff filed notice that he served discovery on Defendant Nielson. Docket No. 72. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1)(A). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: February 4, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE