UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEVOYD REED,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>JAMES DZURENDA, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-00172-ART-NJK<br><br>ORDER |

　　　　Before the Court are: (1) Plaintiff David Levoyd Reed's motion in limine to exclude evidence regarding disciplinary history ("first motion in limine"); (2) Plaintiff's motion in limine to exclude evidence regarding convictions ("second motion in limine"); (3) Defendant Ted Nielson's motion for leave to file declaration in camera and under seal; and (4) Defendant's motion for summary judgment. Defendant responded to Plaintiff's two motions in limine on February 17, 2022, to which replies were due on February 24, 2022, and Plaintiff has not filed a reply to either response. Furthermore, response to Defendant's motion for leave to file declaration in camera and under seal was due on February 23, 2022, and response to Defendant's summary judgment motion was due on March 2, 2022, and Plaintiff has not filed a response to either motion.

　　　　The Court requests a status update from Plaintiff as to whether he has received the above motions and responses to motions. Plaintiff also is hereby reminded that under Local Rule IA 3-1, Plaintiff has a duty to update the Court of any change of mailing address.

　　　　Accordingly, Plaintiff is hereby ORDERED to file a status report by August 9, 2022, indicating whether Plaintiff has received: (1) Defendant's response to Plaintiff's first motion in limine; (2) Defendant's response to Plaintiff's second motion in limine; (3) Defendant's motion for leave to file declaration in camera

1

and under seal; and (4) Defendant's summary judgment motion. If Plaintiff does not file a status report by August 9, 2022, the Court will evaluate the above motions without Plaintiff's responses and replies. If Plaintiff seeks additional time to respond or reply, he should include that request in his status report.

DATED THIS 10th day of June 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2