UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEVOYD REED, | Case No. 2:19-cv-00172-ART-NJK |
| Plaintiff, | FIRST ORDER EXTENDING TIME TO RESPOND |
| v. | |
| JAMES DZURENDA, et al., | |
| Defendants. | |

Currently pending before the Court are: (1) Plaintiff David Levoyd Reed's motion in limine to exclude evidence regarding disciplinary history ("first motion in limine"); (2) Plaintiff's motion in limine to exclude evidence regarding convictions ("second motion in limine"); (3) Defendant Ted Nielson's motion for leave to file declaration in camera and under seal; and (4) Defendant's motion for summary judgment. Defendant responded to Plaintiff's two motions in limine on February 17, 2022, to which replies were due on February 24, 2022, and Plaintiff has not filed a reply to either response. Furthermore, response to Defendant's motion for leave to file declaration in camera and under seal was due on February 23, 2022, and response to Defendant's summary judgment motion was due on March 2, 2022, and Plaintiff has not filed a response to either motion.

On June 10, 2022, the Court issued an order directing Plaintiff to file a status report indicating whether Plaintiff has received the above motions and responses to motions. (ECF No. 86.) The order also stated that Plaintiff should indicate whether he seeks additional time to respond or reply to the motions and responses to motions. On July 7, 2022, Plaintiff filed a status report. (ECF No. 88.) On July 25, 2022, Plaintiff filed a second status report. (ECF No. 89.) In these status reports, Plaintiff indicated that he had received the motions and responses to motions, but that he had various legal materials confiscated on February 18,

2022, which led to Plaintiff being unable to respond or reply. Plaintiff indicated that he seeks additional time to respond to the motions and responses to motions.

The Court finds that good cause exists for Plaintiff's failure to file the responses and replies to the motions and responses to motions. The Court grants Plaintiff an extension of time of 45 days.

It is therefore ordered that Plaintiff have until November 17, 2022 to file: (1) a reply to Defendant's response to Plaintiff's first motion in limine; (2) a reply to Defendant's response to Plaintiff's second motion in limine; (3) a response to Defendant's motion for leave to file declaration in camera and under seal; and (4) a response to Defendant's motion for summary judgment.

DATED THIS 3rd day of October 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE