UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAVID LEVOYD REED,

    Plaintiff,

v.

JAMES DZURENDA, et al.,

    Defendants.

Case No. 2:19-cv-00172-ART-NJK

Order

    In light of conflicting duties of the Court, the settlement conference currently set for 10:00 a.m. on June 22, 2023, is **CONTINUED IN TIME ONLY** to 2:00 p.m. on June 22, 2023. In light of Plaintiff being incarcerated, defense counsel is **INSTRUCTED** to coordinate with the undersigned's courtroom deputy, Ari Caytuero, to facilitate Plaintiff's telephonic appearance at the settlement conference. Mr. Caytuero can be reached at 702-464-5566.

    IT IS SO ORDERED.

    Dated: June 14, 2023

                                        Nancy J. Koppe
                                        United States Magistrate Judge