# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEVOYD REED,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>Defendants. | Case No. 2:19-cv-00172-ART-NJK<br><br>**Order**<br><br>[Docket No. 143] |

Pending before the Court is a motion to withdraw as Plaintiff's counsel. Docket No. 143. The Court hereby **SETS** that motion for a hearing on December 17, 2025, at 10:00 a.m., in Courtroom 3C. In light of Plaintiff being incarcerated, defense counsel is **ORDERED** to coordinate with the undersigned courtroom deputy, Ari Caytuero, to facilitate Plaintiff's telephonic appearance at the hearing. Mr. Caytuero can be reached at 702-464-5566.

IT IS SO ORDERED.

Dated: December 11, 2025

_____
Nancy J. Koppe
United States Magistrate Judge