UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEVOYD REED,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, et al.,<br><br>        Defendants. | Case No. 2:19-cv-00172-ART-NJK<br><br>**Order**<br><br>[Docket No. 146] |

Pending before the Court is an unopposed motion to permit remote attendance at motion hearing. Docket No. 146. The Court **GRANTS** the motion. *Id.* Plaintiff's counsel is **ORDERED** to coordinate with the undersigned courtroom deputy, Ari Caytuero, to facilitate his telephonic appearance at the hearing. Mr. Caytuero can be reached at 702-464-5566.

IT IS SO ORDERED.

Dated: December 12, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1